FILED '10 JAN 06 1521 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

KEVIN R. EGGLESTON,

    Plaintiff,      Civil No. 09-6285-TC

  v.           ORDER

MAX WILLIAMS, et al.,

    Defendants.

COFFIN, Magistrate Judge.

  Plaintiff's Motion for Dismissal Without Prejudice (#10) is allowed. The "without prejudice" provision of this order is not to be construed as tolling or suspending or otherwise affecting the statute of limitations or any other defense that the defendants might have as of the date of this order.

  IT IS SO ORDERED

  DATED this __6__ day of January, 2010.

              _____
              Thomas M. Coffin
              United States Magistrate Judge

1 - ORDER